Office of the Attorney General
Gaming Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSIE GARCIA and NANCY La GRANGE, guardian ad litem of ALIZE MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN HATCHER, an individual, STATE OF NEVADA ex rel., its GAMING CONTROL BOARD, A-1 CHEMICAL, INC., a Nevada Corporation, BRAD PHILLIPS, an individual, and DOES 1-20,<br><br>Defendants. | Case No. 3:09-cv-681<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS STEVEN HATCHER AND STATE GAMING CONTROL BOARD TO FILE ANSWER OR OTHER MOTION**<br>AND ORDER |

It is hereby stipulated and agreed to, by and among Defendants, Steven Hatcher and State Gaming Control Board, by and through their attorneys Catherine Cortez Masto, Attorney General, and John S. Michela, Deputy Attorney General, and Plaintiffs, by and through their attorney Jeffrey A. Dickerson, that Defendants' time to file their answer, or other motion, to Plaintiff's complaint in the above captioned matter be extended to December 18, 2009.

The parties to this stipulation further stipulate that this extension does not waive any defenses

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

-1-

or immunities which Defendants may have, raise, or assert, including, but not limited to, any defenses contained in Fed. R. Civ. P. 12(b).

DATED this 23rd day of November, 2009.          DATED this 23rd day of November, 2009.

CATHERINE CORTEZ MASTO                           JEFFREY A. DICKERSON
Attorney General

By:   /s/                                              /s/
    JOHN S. MICHELA                              JEFFREY A. DICKERSON
    Deputy Attorney General                       Nevada Bar Number: 2690
    Nevada Bar Number: 8189                       9655 Gateway Drive, Suite B
    Gaming Division                               Reno, Nevada 89521
    5420 Kietzke Lane, Suite 202                  (775) 786-6664
    Reno, Nevada 89511                            Attorney for Plaintiffs
    (775) 850-4153
    Attorney for Defendants
    Steven Hatcher and
    State Gaming Control Board

IT IS SO ORDERED:

Dated this 24th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE