UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSIE GARCIA, and
NANCY La GRANGE, guardian
ad litem of ALIZE MARTINEZ,

    Plaintiffs

vs.

STEVEN HATCHER, an individual, STATE OF NEVADA ex rel., its GAMING CONTROL BOARD, A-1 CHEMICAL, INC., a Nevada corporation, BRAD PHILLIPS, an individual, and DOES 1-20,

    Defendants
_____/

CASE NO. 3:09-cv-00681-LRH-RAM

### STIPULATION FOR ENLARGEMENT OF TIME AND ORDER

The parties through their undersigned counsel hereby stipulate and agree that the Plaintiffs may and should have an enlargement of time within which to oppose Defendant Hatcher and Sate of Nevada ex rel. its Gaming Control Board's Motion to Dismiss. Mr. Dickerson is going on a pre-planned family vacation from December 18, 2009 to January 8, 2010, to Maui. Therefore, the parties agree and stipulate that the time in which Plaintiffs

///
///
///
///

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

JAD/kdd/garcia Josie/enlarge dismiss opp st      1

shall have to file their memorandum of points and authorities in opposition to the motion to dismiss may and should be enlarged to and including January 21, 2009.

DATED 12/14/2009

LAW OFFICE OF
JEFFREY A. DICKERSON

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON

DATED _____

CATHERINE MASTO CORTEZ
ATTORNEY GENERAL

/S/ John Michela
JOHN MICHELA

ORDER

DATED December 18, 2009.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664