AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

NANCY LaGRANGE,

      Plaintiff,

V.

STEVEN HATCHER, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:09-cv-00681-LRH-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Third Amended Complaint (#65) is GRANTED. Plaintiff's Third Amended Complaint (#64) is DISMISSED with prejudice.

June 11, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk